**Jill FRECHTMAN, Appellant,**

v.

**WAYMOUTH FARMS, INC., Appellee.**

**No. 2008–1103.**

United States Court of Appeals, Federal Circuit.

Aug. 1, 2008.

ON MOTION

*ORDER*

Jill Frechtman and Waymouth Farms, Inc. jointly move to remand this appeal to the United States Trademark Trial and Appeal Board (TTAB) so that they may request that the TTAB vacate its judgment and reinstate her application to register the trademark FRETZELS. The parties state that they have entered into a settlement agreement.

Upon consideration thereof

IT IS ORDERED THAT:

(1) The motion to remand is granted.

(2) Each side shall bear its own costs.